# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:         : NO. 894
            :
APPOINTMENT TO THE CONTINUING : SUPREME COURT RULES DOCKET
LEGAL EDUCATION BOARD   :

## ORDER

**PER CURIAM**

  **AND NOW**, this 2nd day of December, 2021, the Honorable Mark J. Powell, Lackawanna County, is hereby appointed as a member of the Continuing Legal Education Board for a term of three years, commencing January 1, 2022.